IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER THOMAS GRANTHAM<br>registered trade name/business entity and registered trade name holder and real party in interest,<br><br>   Plaintiff,<br><br>     v.<br><br>ALBERT B. COLLIER<br>in his personal capacity and Jane Doe Collier, husband and wife and their marital community, et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:17-CV-3157-TWT |

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending that the action be dismissed for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 20 day of September, 2017.

                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge